IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| RICKEY JOSEPH CEASER | § | |
| VS. | § | CIVIL ACTION NO. 4:05-CV-304 |
| A. CHERION, ET AL | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush who issued a Report and Recommendation concluding that the Complaint should be dismissed with prejudice. Rather than filing an objection to the Report and Recommendation, the Plaintiff has filed a document requesting that the Fannin County District Clerk, the Federal District Clerk and the Magistrate Judge carry out certain investigations or assignments. (Docket number 7). The Court construes this document as Plaintiff's objection and has considered it.

The Court, having made a *de novo* review of the construed objections raised by the Plaintiff to the Report, is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Petitioner are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Complaint is **DISMISSED** with prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 26th day of October, 2005.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE